UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HELENA SOLANO-REED a.k.a
HELENA SOLANO,

      Plaintiff,                     Case No. 11-14245
                                          Hon. Marianne O. Battani
v.                                            Hon. Mag. Mark A. Randon

THE LEONA GROUP, LLC, et al.,

      Defendants.
_____

### ORDER GRANTING DEFENDANTS' RULE 35 MOTION TO COMPEL IME

This cause coming to be heard on Defendants' Rule 35 Motion to Compel Independent Mental Examination, the court being duly advised,

IT IS HEREBY ORDERED:

1.     The motion is granted.

2.     Plaintiff will submit to an Independent Mental Examination ("IME") to be conducted at Defendants' expense by Dr. Robert Erard, at Dr. Erard's office at 26111 West Fourteen Mile Road, Franklin, Michigan, on September 13, 2012 at 2:00 p.m., as agreed to by the parties.

~9351322.DOC/06527.0288

3. The IME is for the purposes of determining whether Plaintiff suffered emotional distress, as alleged in her complaint and will not involve any physical testing or procedures, and will consist of generally commercially-used and available psychological and personality testing.

                                                s/Mark A. Randon
                                                MARK A. RANDON
                                                UNITED STATES MAGISTRATE JUDGE

Dated: August 30, 2011

*Certificate of Service*

*I hereby certify that a copy of the foregoing document was served on the parties of record on this date, August 30, 2011, electronically and by first class mail.*

                                                *s/Melody R. Miles*
                                                *Case Manager to Magistrate Judge Mark A. Randon*

*/s/ Anne E. Linder*
Kathleen H. Klaus (P67207)
Anne E. Linder (P75753)
Counsel for Defendants

Approved as to form, only:

*/s/ Gary T. Miotke (by consent 8/28/12*
Gary T. Miotke (P41813)
Counsel for Plaintiff